Form 3A
(10/05)

# United States Bankruptcy Court

District Of ___Illinois___

In re __Carmen Brown__
Debtor

Case No. __07-22911__

Chapter __13__

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $__274.00__ in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   $__68.50__ Check one ☐ With the filing of the petition, or __Dec. 21, 2007 CB__
   ☑ On or before ~~January 2, 2008~~

   $__68.50__ on or before __January 15, 2008__

   $__68.50__ on or before __January 30, 2008__

   $__68.50__ on or before __February 15, 2008__

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____
Signature of Attorney   Date

Signature of Debtor __Carmen Brown__   Date __Dec. 6, 2008__
(In a joint case, both spouses must sign.)

Name of Attorney

_____
Signature of Joint Debtor (if any)   Date

*FILED DEC 06 2007 — United States Bankruptcy Court, Deputy Clerk*

Form 3A Contd.
(10/05)

# United States Bankruptcy Court
### _____ District Of \_\_\_\_Illinois\_\_\_\_

In re __Carmen Brown__,
Debtor

Case No. __07-22911__

Chapter __13__

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ _____  Check one ☐ With the filing of the petition, or
                           ☐ On or before _____

$ _____ on or before _____

$ _____ on or before _____

$ _____ on or before _____

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: **DEC 0 6 2007**

**KENNETH S. GARDNER**
Clerk, U.S. Bankruptcy Court

*United States Bankruptcy Judge*