IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Carmen J

Printed: 5/6/08

Case Number: 07 B 22911
Judge: Wedoff, Eugene R
Filed: 12/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 20, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Rescap Mortgage | Secured | 0.00 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Rescap Mortgage | Secured | 31,000.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 5,496.90 | 0.00 |
| 5. | Illinois Dept of Revenue | Priority | 1,857.34 | 0.00 |
| 6. | Internal Revenue Service | Priority | 16,235.94 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 212.00 | 0.00 |
| 8. | Midland Credit Management | Unsecured | 3,252.71 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 363.90 | 0.00 |
| 10. | Internal Revenue Service | Unsecured | 15,602.36 | 0.00 |
| 11. | Illinois Dept of Revenue | Unsecured | 206.20 | 0.00 |
| 12. | Visa | Unsecured |  | No Claim Filed |
| 13. | Rewards 660 | Unsecured |  | No Claim Filed |
|  |  |  | $ 74,227.35 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Brown, Carmen J

Printed: 5/6/08

Case Number: 07 B 22911
Judge: Wedoff, Eugene R
Filed: 12/6/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

